1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                             AT TACOMA

10

11    LINDA J. RODGERS,
                                                Case No.  C09-5222KLS
12                    Plaintiff,
                                                ORDER TO SHOW CAUSE
13              v.

14    MICHAEL J. ASTRUE, Commissioner of
      Social Security
15
                      Defendant.
16

17

18        This matter comes before the court on plaintiff's filing of an application to proceed *in forma*

19    *pauperis* and a complaint to review and set aside a decision of the Social Security Administration under

20    42 U.S.C. § 405(g).  To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of

21    $350.00 or file a proper application to proceed *in forma pauperis*.

22        Local Rule CR 3(b) provides in relevant part:

23            At the time application is made under 28 U.S.C. § 1915 or other applicable acts
      of Congress, for leave to commence any civil action or to file any petition or motion
24    without being required to prepay fees and costs or give security for them, each
      petitioner, movant or plaintiff shall:
25            (1) Complete the in forma pauperis affidavit approved for use in this district;
      and
26            (2) File a written consent that the recovery, if any, in the action, to such amount
      as the court may direct, shall be paid to the clerk who may pay therefrom all unpaid fees
27    and costs taxed against the plaintiff, and to his attorney the amount which the court
      allows or approves as compensation for the attorney's services.
28
      Plaintiff, however, has not submitted the written consent required by Local Rule CR 3(b)(2).

      ORDER
      Page - 1

1

2          Accordingly, the Court hereby finds and ORDERS as follows:

3          (1)     Plaintiff shall seek to cure this deficiency by filing **no later than May 29, 2009**, the

4                  written consent required by Local Rule CR 3(b)(2).

5                  **Failure to cure this deficiency by the above date shall be deemed a failure to properly**

6                  **prosecute this matter and the Court will recommend dismissal of this matter.**

7          (2)     The clerk is directed to send a copies of this Order to counsel for plaintiff.

8          DATED this 29th day of April, 2009.

9

10

11                                                          Karen L. Strombom
                                                            United States Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2