# United States District Court
### WESTERN DISTRICT OF WASHINGTON

LINDA J. RODGERS,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5222KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the above-captioned case be reversed and remanded for further administrative proceedings.

March 30, 2010

BRUCE RIFKIN
Clerk

By Traci Whiteley, Deputy Clerk