U.S. MAGISTRATE JUDGE KAREN L. STROMBOM

D. James Tree
Tree Law Offices
3711 Englewood Avenue
Yakima, WA  98902
Telephone:  (509) 452-1700
Fax:  (509) 577-9109

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA J. RODGERS, ) | |
| ) | |
| Plaintiff, ) | D.C. NO:    C09-5222KLS |
| ) | |
| v. ) | ORDER |
| ) | FOR ATTORNEY FEES |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

Based upon the stipulation of the parties regarding the award of attorney fees and costs, it is hereby

ORDERED that the Defendant pay attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) in the amount of $5,132.75 and costs of $89.80, subject to any offset allowed under the Treasury Offset Program, as

DECLARATION OF D. JAMES TREE IN SUPPORT OF EAJA ATTORNEY FEES-1

discussed in <u>Astrue v. Ratliff,</u> __U.S.__ (2010).  Payment of this award shall be made via check payable to the Plaintiff, and sent to Tree Law Office, 3711 Englewood Avenue, Yakima, WA 98902.

DATED this 7th day of  July, 2010.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ D. JAMES TREE  WSBA #16976
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Proposed Order for Attorney Fees was filed with the Clerk of the Court on July 6, 2010, using the CM/ECF system which will send notification of such filing to the following:  Brian Kipnis, Assistant U.S. Attorney and Benjamin J. Groebner, Office of the General Counsel.

        s/ D. James Tree
        D. JAMES TREE, WSBA#16976
        Attorney for Plaintiff
        3711 Englewood Avenue
        Yakima, Washington 98902
        Telephone:  (509) 452-1700
        Fax:  (509)  577-9109